■ LAWRENCE M. WARNER et al., Respondents, v. JOHN MILLER, as Mayor of the Village of Altamont, et al., Appellants.— Appeal by the defendants from an order of the Supreme Court, Special Term, entered in Albany County on September 14, 1971, which denied the defendant's motion for summary judgment. A review of the record discloses that there are issues of fact material and relevant to the validity of the deed from the defendant village to its

grantee. Order affirmed, without costs. Herlihy, P. J., Staley, Jr., Cooke, Sweeney and Simons, JJ., concur.